IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:12cv245

| | | |
|---|---|---|
| RAMESH K. GANATRA and<br>PAMELA S. GANATRA, | )<br>) | |
| Plaintiffs, | )<br>)<br>) | |
| vs. | )<br>) | **O R D E R** |
| L. JOSEPH LAND and<br>STUART L. CASS, | )<br>)<br>) | |
| Defendants. | )<br>) | |

**THIS MATTER** is before the Court *sua sponte* to determine the status of the case.

According to the Affidavit of Service filed by counsel for the Plaintiffs, Defendant L. Joseph Land was served with process in this case on September 28, 2012. [Doc. 6]. His Answer or other pleading was due on October 19, 2012. Nothing has been received from Defendant Land. The Court will therefore require Plaintiffs' counsel to advise of their intention to prosecute this action as to Defendant Land.

**IT IS, THEREFORE, ORDERED** that on or before five days from entry of this Order, the Plaintiffs shall advise the Court in writing of their intention to prosecute this action against Defendant Land.

Signed: November 6, 2012

Martin Reidinger
United States District Judge