THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00245-MR-DLH

| | |
|---|---|
| RAMESH K. GANATRA and PAMELA S. GANATRA, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) ) |
| L. JOSEPH LAND and STUART L. CASS, | ) ) ) |
| Defendants. | ) ) |

## J U D G M E N T

For the reasons stated in the Memorandum of Decision and Order entered contemporaneously herewith, **IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Plaintiffs' Motion for Default Judgment against L. Joseph Land and for Summary Judgment against Stuart L. Cass is **DENIED,** and summary judgment is hereby **GRANTED** in favor of the Defendant Stuart L. Cass.  This case is hereby **DISMISSED**.

Signed: August 12, 2013

Martin Reidinger
United States District Judge